# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 18-54798-JWC |
| LAKWESSIA QUIAN FALLIN aka ) | |
| LAKEISHA FALLIN, ) | CHAPTER 13 |
| ) | |
| Debtor. ) | |
| ) | |
| LAKWESSIA QUIAN FALLIN aka ) | |
| LAKEISHA FALLIN, ) | |
| ) | |
| Movant, ) | |
| ) | **CONTESTED MATTER** |
| v. ) | |
| ) | |
| E R TRUCKING aka E.R. TRUCK & ) | |
| EQUIPMENT CORPORATION, ) | |
| | |
| Respondent. | |

**COMPLAINT FOR TURNOVER AND MOTION FOR SANCTIONS
FOR WILLFUL VIOLATION OF THE AUTOMATIC STAY
PURSUANT TO 11 U.S.C. SECTION 362**

COMES NOW THE DEBTOR in the above-styled Chapter 13 case, by and through counsel, and files this "Motion for Sanctions for Willful Violation of the Automatic Stay Pursuant to 11 U.S.C. Section 362", showing to this Court the following:

1.

This Court has jurisdiction in this matter pursuant to 28 U.S.C. Section 1334, 28 U.S.C. Section 151, and 28 U.S.C. Section 157.

2.

This Court is the proper venue for this matter pursuant to 28 USC Section 1409.

3.

This matter is a core proceeding within the contemplation of 28 U.S.C. Section 157.

4.

Debtor filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code March 20, 2018 and is eligible for relief under 11 U.S.C. §109.

5.

This motion is brought pursuant to 11 U.S.C. Section 362(a) and (k)(1)); 11 U.S.C. Section 105(a); and, Rule 9014 F. R. Bankr. P.

6.

Upon information and belief, E.R. Truck and Equipment Corporation is a Florida Corporation and can be served via its Registered Agent and CEO via first class mail, to-wit:

> Ernesto Raschio, Registered Agent
> 11222 NW 78 Ln
> Medley FL 33178
>
> Bruno Raschio, President
> 12360 NW S River Drive
> Medley FL 33178

7.

Debtor, an individual, filed the instant Chapter 13 case on March 20, 2018 in an effort to recover her 2008 CX613 Mack Dumptruck from E.R. Truck & Equipment.  The truck had been repossessed on March 13, 2018.

8.

On March 20, 2018 Respondent E.R. Truck & Equipment was informed that Debtor had filed the instant case. Franco Raschio, a manager at E.R. Truck & Equipment, has refused to

turn over the 2008 CX613 Mack Dumptruck to Debtor. Numerous calls have been made since that time and Respondent still refuses to return the vehicle. Respondent was sent a certified letter but as of the date of filing of this motion has failed to return the truck to Debtor.

9.

Respondent's knowledge of the Debtor's Chapter 13 case and steadfast refusal to release Lakwessia Q. Fallin's vehicle constitutes a willful and knowing violation of the Automatic Stay of 11 U.S.C. Section 362 (a).

10.

Debtor has been harmed by Respondent's violation of the Automatic Stay. Pursuant to 11 U.S.C. Section 362 (k), Debtor is entitled to damages, including attorney's fees, arising out of the Respondent's knowledge and willful violation of the Automatic Stay.

11.

Pursuant to 11 U.S.C. Section 362 (h), punitive damages should be awarded against the Respondent for its continuing, willful and knowing violation of the Automatic Stay in this case.

12.

The Automatic Stay of 11 U.S.C. Section 362 (a) should be enforced against Respondents and they should be directed to immediately release the hold against Debtor Lakwessia Q. Fallin's vehicle and release the vehicle thereon to Debtor.

WHEREFORE, Debtor prays:
(a) That this Motion be filed, read, and considered;
(b) That this Honorable Court grant this Motion;
(c) That this Honorable Court hold hearing on the issues set forth herein;

(d) That Respondent, individually and separately, be ordered to cease their garnishment action and refund the balance of the post-Petition deductions to Debtor;

(e) That Respondent be held in contempt for willful violation of the automatic stay;

(f) That Debtor be awarded damages, including but not limited to actual damages incurred and attorney's fees and costs from Respondent in the amount of $2,000.00;

(g) That Debtor be awarded punitive damages from Respondent in the amount of $1,500.00 to deter them from embarking upon similar conduct in the future;

(h) And that Honorable Court grant such further relief as it may deem just and proper.

Respectfully submitted,

/s/
Richard Merritt
GA Bar No. 142168
Attorney for Debtor
BERRY AND ASSOCIATES
2751 Buford Hwy, Suite 600
Atlanta, GA 30324
(404) 235-3300
rmerritt@mattberry.com

## CERTIFICATE OF SERVICE

      This is to certify under penalty of perjury that I am over the age of 18 and that on this day I served the following parties with a copy of the attached pleadings by placing true copies of same in the United States Mail with adequate postage affixed to insure delivery, addressed to:

Nancy J. Whaley
Chapter 13 Trustee
303 Peachtree Center Ave, Suite 120
Atlanta, Georgia 30303

Lakwessia Q. Fallin
PO Box 490623
Atlanta GA 30349

Ernesto Raschio, Registered Agent
11222 NW 78 Ln
Medley FL 33178
(via certified mail)

Bruno Raschio, President
12360 NW S River Drive
Medley FL 33178
(via certified mail)

Franco Raschio, President
12360 NW S River Drive
Medley FL 33178
(via certified mail)

      This the 9th day of April, 2018.

                                              /s/
                                          Richard Merritt
                                          GA Bar No. 142168
                                          Attorney for the Debtor

BERRY & ASSOCIATES
2751 Buford Highway, Suite 600
Atlanta, GA 30324
(404) 235-3300