**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 18-54798-JWC |
| LAKWESSIA QUIAN FALLIN aka | ) | |
| LAKEISHA FALLIN, | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| LAKWESSIA QUIAN FALLIN aka | ) | ADVERSARY PROCEEDING NO. |
| LAKEISHA FALLIN, | ) | 18-05074 |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | **CONTESTED MATTER** |
| | ) | |
| E R TRUCKING aka E.R. TRUCK & | ) | |
| EQUIPMENT CORPORATION, | ) | |
| | | |
| Respondent. | | |

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

Comes now Lakwessia Quian Fallin, Plaintiff, by and through counsel, and in accordance

with FED. R. BANKR. P. 7041 hereby dismisses the above-styled action without prejudice.

This 25th day of May, 2018.

Respectfully submitted,

_____/s/_____

Kelly Thomas
GA Bar No. 305227
Attorney for Debtor
BERRY AND ASSOCIATES
2751 Buford Hwy, Suite 600
Atlanta, GA 30324
(404) 235-3300

## CERTIFICATE OF SERVICE

This is to certify under penalty of perjury that I am over the age of 18 and that on this day I served the following parties with a copy of the attached pleadings by placing true copies of same in the United States Mail with adequate postage affixed to insure delivery, addressed to:

Nancy J. Whaley
Chapter 13 Trustee
303 Peachtree Center Ave, Suite 120
Atlanta, Georgia 30303

Lakwessia Q. Fallin
PO Box 490623
Atlanta GA 30349

Ernesto Raschio, Registered Agent
E.R. Truck and Equipment Corporation
11222 NW 78 Ln
Medley FL 33178

Bruno Raschio, President
E.R. Truck and Equipment Corporation
12360 NW S River Drive
Medley FL 33178

Franco Raschio, President
E.R. Truck and Equipment Corporation
12360 NW S River Drive
Medley FL 33178

This the 25th day of May, 2018.

       /s/
Kelly Thomas
GA Bar No. 305227
Attorney for the Debtor

BERRY & ASSOCIATES
2751 Buford Highway, Suite 600
Atlanta, GA 30324
(404) 235-3300